APPEAL OF SALINA BELL, EXECUTRIX OF THE ESTATE OF JAMES W. BELL, DECEASED.

Docket No. 1070.   Submitted September 22, 1925.   Decided April 3, 1926.

*W. Frank Gibbs, Esq.,* for the Commissioner.

Before MARQUETTE, GREEN, and LOVE.

This appeal is from the determination of a deficiency in estate tax of $127 under the Revenue Act of 1921.

The taxpayer offered no evidence at the hearing, and agreed to submit the appeal on the pleadings.

### FINDINGS OF FACT.

James W. Bell died in February, 1923.

In the estate-tax return, a deduction of $2,500 attorney's fee was taken, which was disallowed by the Commissioner, on the ground that it appeared that it had not been paid.  This amount was paid by the estate.

*Order of redetermination will be entered on 15 days' notice, under Rule 50.*